UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:13-cv-62308-WJZ

LEBRUN BLAISE, on his own behalf and
others similarly situated,

    Plaintiff,

v.

COMPLETE PROPERTY SERVICES OF
SOUTH FLORIDA, INC., a Florida corporation,
and PAT YONG, individually,

    Defendants.
_____/

## STATEMENT OF CLAIM

    Plaintiff, LEBRUN BLAISE, by and through the undersigned counsel, hereby files his Statement of Claim, and states as follows:

    Plaintiff was employed by Defendants between approximately January 1996 and August 2013. Within the two (2) year statute of limitations, which looks back to October 2011, he was employed approximately eighty (80) work weeks. Plaintiff contends that during his employment, he regularly worked overtime, and through his lunch breaks. However, Defendants automatically deducted thirty (30) minutes from his work time for a lunch break each day, regardless of whether he took the break. Assuming Plaintiff did not take a lunch break three (3) days per week, he would have one and one half (1.5) uncompensated hours of overtime. Additionally, Plaintiff alleges that Defendants did not compensate him for the entire shifts he worked. Defendants accomplished this by adjusting the "end time" for his work days. Assuming that Defendants adjusted the hours Plaintiff worked by an average of 30 minutes a

day, Plaintiff is owed compensation for an additional 2.5 hours each week. Therefore, I total, Defendants owe Plaintiff compensation for a total of 4 hours of overtime work each week.

On that basis, his damages are:

$10.00 x 1.5 = $15.00
$15.00 per hour x 4 hours x 80 weeks = $4,800.00

To the extent discovery reveals that there are more uncompensated hours than are estimated herein, there may be an increase in the damages for this claim.

The Statement of Claim is a preliminary estimate of the back wages owed to Plaintiff, and is based upon the limited information presently known to Plaintiff. Plaintiff reserves the right to amend his Statement of Claim based upon discovery and additional information. The above estimate is un-liquidated, and is exclusive of Plaintiff's attorney's fees and costs.

Dated: November 25, 2013  
      Boca Raton, Florida

Respectfully Submitted,

**/S/ CAMAR R. JONES**
Camar R. Jones
Florida Bar No. 720291
E-mail: cjones@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
1515 South Federal Hwy, Suite 404
Boca Raton, Florida 33432
Telephone: 561-447-8888
Facsimile: 561-447-8831
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on **November 25, 2013**. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

**/s/ CAMAR R. JONES**
Camar R. Jones

2

## SERVICE LIST
*Blaise v. Complete Property Service of South Florida, Inc.*
*CASE NO.: 0:13-cv-62308-WJZ*
*United States District Court for the Southern District of Florida*

Daniel R. Levine, Esq.
Email: drlevine@bennardolevine.com
Bennardo Levine, LLP
1860 NW Boca Raton Blvd.
Boca Raton, Florida 33432
Tel: 561-392-8074
Fax: 561-368-6478
Attorneys for Defendants
Served via CM/ECF